AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GERALD EDDIE BROWN, JR.,<br>also known as "Runner,"<br><br>Defendant(s) | Case: 1:26-mj-00040<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 2/24/2026<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2023 to present__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Offense or to Defraud the United States. |
| 22 U.S.C. § 2778 | Control of Arms Exports and Imports. |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Emerson Follett, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/24/2026__

*Judge's signature*

City and state: __Washington, D.C.__    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*