UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **:** |
| | **:** |
| | **:** |
| **v.** | **:**　Case No. 26-mj-40 |
| | **:** |
| **GERALD EDDIE BROWN, JR.,** | **:** |
| | **:** |
| **Defendant.** | **:** |

## ORDER

On March 23, 2026, the parties appeared before the Court for a Detention Hearing. The Court found that notwithstanding the serious allegations against Defendant outlined in the Complaint [1], conditions of release could be fashioned to reasonably assure the safety of the community and Defendant's appearance as required. The Court found that the Proposed Conditions of Release meet the requirements of the Bail Reform Act. At the conclusion of the hearing, counsel for the government noted that it would appeal this decision and moved for a temporary stay of the Court's release order.

The government shall file its motion for appellate review no later than March 24, at 5:00 p.m. The Court granted the stay request and stayed the matter until March 27 at 5:00 p.m. Any requests to extend the stay should be addressed to the Presiding District Judge.

**IT IS SO ORDERED.**

Date: March 23, 2026

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE